UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEDIDIAH BROWN,<br><br>            Plaintiff,<br><br>    v.<br><br>JACKSON PROTECTION AGENCY, LLC and PARTNERS FOR HOME, INC.,<br><br>            Defendants. | Case No. 1:20-cv-05185-LMM-LTW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Jedidiah Brown, as well as Defendants Jackson Protection Agency, LLC and Partners for HOME, Inc., by and through the undersigned counsel of record, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of the above-captioned case and any and all asserted claims. Each party will bear his or its own costs and attorneys' fees associated with the above-captioned case.

Respectfully submitted this 13th day of May, 2021.

| | |
|---|---|
| STANFORD FAGAN LLC | FIDLON LEGAL, PC |
| /s/ Michael B. Schoenfeld<br>Michael Blair Schoenfeld<br>michaels@sfglawyers.com<br>Georgia Bar No. 863727<br>2540 Lakewood Avenue SW<br>Atlanta, Georgia 30315<br>Tel: (404) 622-0521, ext. 2244<br><br>*Counsel for Plaintiff Jedidiah Brown* | /s/ Gregory R. Fidlon<br>Gregory R. Fidlon<br>greg@fidlonlegal.com<br>Georgia Bar No. 259317<br>3355 Lenox Road, Suite 750<br>Atlanta, Georgia 30326<br>Tel: (844)529-4967<br>Fax: (844) 529-4329<br><br>*Counsel for Defendant Jackson Protection Agency, LLC*<br><br>ALSTON & BIRD LLP<br><br>/s/ Alexandra Garrison Barnett<br>Alexandra Garrison Barnett<br>alex.barnett@alston.com<br>Georgia Bar No. 498906<br>Anna Saraie<br>anna.saraie@alston.com<br>Georgia Bar No. 198096<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Tel: (404) 881-7000<br>Fax: (404) 881-7777<br><br>*Counsel for Defendant Partners for Home, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEDIDIAH BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>JACKSON PROTECTION AGENCY, LLC and PARTNERS FOR HOME, INC.,<br><br>    Defendants. | Case No. 1:20-cv-05185-LMM-LTW |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 13, 2021, I served the within and foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE by using the Court's CM/ECF system, which automatically sends email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Alexandra Garrison Barnett<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>alex.barnett@alston.com | Gregory R. Fidlon<br>Fidlon Legal, PC<br>3355 Lenox Road, Suite 750<br>Atlanta, GA 30326<br>(844)-529-4967<br>greg@fidlonlegal.com |

                 */s/* Michael B. Schoenfeld